FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2014

No. 04-13-00810-CV

**IN THE INTEREST OF I.M.B., ET AL., CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00997
Honorable Dick Alcala, Judge Presiding

## O R D E R

 In this accelerated appeal of the November 4, 2013 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on January 8, 2014. *See* TEX. R. APP. P. 38.6(a). On the brief's due date, Appellant filed a first motion for extension of time to file Appellant's brief and requested an additional twenty days.

 Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than January 28, 2014. *See id.*; *see also* TEX. R. JUD. ADMIN. 6.2, *available at* http://www.supreme.courts.state.tx.us/MiscDocket/11/11925100.pdf (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court